DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NADIA MARRESE,**
Appellant,

v.

**ANDREW T. WHYTE,**
Appellee.

No. 4D2023-1841

[May 23, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 50-2022-CA-002093-XXXX-MB.

Orrin R. Beilly of Law Office of Orrin R. Beilly, LLC, Palm Beach Gardens, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***